# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CR58 |
| vs. | ) | |
| ANAHI CHAN-CRUZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [24]. Counsel needs additional time to thoroughly prepare for the case. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [24] is granted, as follows:

1. The jury trial now set for April 22, 2019, is continued to **June 3, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 3, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 9, 2019.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**